**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-162-JM**

**ADVANCED FAMILY CARE**
**MEDICAL GROUP** **DEFENDANT**

**ORDER**

Cedric Greene's application to proceed *in forma pauperis* (Doc. 1) is DENIED as moot. Since he petitioned to proceed in forma pauperis for his complaint against Advanced Family Care Medical Group, Greene has been found to be a serial vexatious litigant and placed on the restricted filer list for this District. *See Greene/Stephens v. USA*, No. 3:26-cv-145-DPM (Doc. 4). The Court has examined the complaint and finds it to have been frivolously filed in this District. The Complaint will therefore be dismissed without prejudice. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992).

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE