**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **Case No. 3:26-cv-162-JM**

**ADVANCED FAMILY CARE**
**MEDICAL GROUP** **DEFENDANT**

**<u>ORDER</u>**

Cedric Greene's motion to alter or amend the Court's Judgment (Doc. 6) is DENIED because Greene has not identified any manifest error of law, miscarriage of justice, or some other extraordinary circumstance. *Innovative Home Health Care, Inc. v. P.T.-O.T. Associations of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998).

IT IS SO ORDERED this 19th day of November, 2026.

UNITED STATES DISTRICT JUDGE